ORIGINAL

ignacioirenelinf

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC 12 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00059 |
| Plaintiff, | **INFORMATION** |
| vs. | **DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**<br>[16 GCA 180102(b) and 18 USC §§ 7(3) and 13] |
| IRENE IGNACIO QUIDACHAY, | **DRIVING UNDER THE INFLUENCE OF ALCOHOL** |
| Defendant. | [16 GCA 180102(a) and 18 USC §§ 7(3) and 13] |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**

On or about October 9, 2005, in the District of Guam, the defendant, IRENE IGNACIO QUIDACHAY, at Andersen Air Force Base, Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while she had .08% or more, by weight, of alcohol in her blood, in violation of 16 Guam Code Annotated, Section 18102(b) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL

On or about October 9, 2005, in the District of Guam, the defendant, IRENE IGNACIO QUIDACHAY, at Andersen Air Force Base, Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

Respectfully submitted this 12th day of December 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _Frederick A. Black for J.T._
JOSEPH TOCK
Special Assistant U.S. Attorney