IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE


FILED
DISTRICT COURT OF GUAM
DEC 13 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MJ-05-00059                    DATE: December 13, 2005
***********************************************************************************************
HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding      Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 9:39:00 - 9:50:04       CSO: N. Edrosa
*********************A P P E A R A N C E S*********************
DEFT: __IRENE IGNACIO QUIDACHAY__          ATTY: __ALEX MODABER__
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK                 AGENT:

U.S. PROBATION: NONE PRESENT               U.S. MARSHAL: NONE PRESENT

***********************************************************************************************
PROCEEDINGS:   INITIAL APPEARANCE RE INFORMATION / ARRAIGNMENT

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED    AGE: __35__   SCHOOL COMPLETED: __7 MONTHS OF COLLEGE__
( X ) DEFENDANT ARRAIGNED ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF
    THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( X ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY*  ( X ) *NOT GUILTY* - TO: __ALL CHARGES CONTAINED IN THE INFORMATION__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED*  ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE:_____ at _____   ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE:_____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR _____ at _____
( X ) TRIAL SET FOR: __FEBRUARY 9, 2006 at 9:00 a.m.__

PROCEEDINGS CONTINUED TO:_____ at _____
( X ) DEFENDANT TO BE RELEASED ON PERSONAL RECOGNIZANCE BOND
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Defendant orally consented to trial before the U.S. Magistrate Judge.

Government had no objections to the defendant's release with the condition that she 1) report to the U.S. Probation Office within 48 hours; 2) refrain from any alcohol use; and 3) submit to random urinalysis testing. Defense had no objections.

Courtroom Deputy: _/s/_