JOHN T. GORMAN  
Federal Public Defender  
District of Guam

ALEXANDER A. MODABER  
Assistant Federal Public Defender  
First Hawaiian Bank Building  
400 Route 8, Suite 501  
Mongmong, Guam 96910  
Telephone: (671) 472-7111  
Facsimile: (671) 472-7120

Attorney for Defendant  
IRENE IGNACIO QUIDACHAY



FILED  
DISTRICT COURT OF GUAM  
JAN 12 2006  
MARY L.M. MORAN  
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MG 05-00059 |
| Plaintiff, | ) STIPULATION TO CONTINUE TRIAL ) DATE AND PRETRIAL MOTION |
| vs. | ) DEADLINE |
| IRENE IGNACIO QUIDACHAY, | ) |
| Defendant. | ) |

**STIPULATION TO CONTINUE TRIAL DATE AND PRETRIAL MOTION DEADLINE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the trial date be continued for at least two weeks to a date and time convenient to the court. Furthermore, the pretrial motion deadline be extended for two weeks to January 26, 2006.

Counsel for the defendant needs additional time to locate a witness referenced in the discovery provided by the government. This witness was present when the defendant was stopped

ORIGINAL

by law enforcement. An interview with this witness will be critical to the determine the basis for a pretrial motion.

   IT IS SO STIPULATED:

   DATED: Mongmong, Guam, January 12, 2006.

                _____
                ALEXANDER A. MODABER
                Attorney for Defendant
                IRENE IGNACIO QUIDACHAY

                _____
                JOSEPH TOCK
                Attorney for Plaintiff
                UNITED STATES OF AMERICA