JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
IRENE IGNACIO QUIDACHAY

**FILED**
DISTRICT COURT OF GUAM
JAN 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00059 |
| Plaintiff, ) | ORDER re STIPULATION TO |
| ) | CONTINUE TRIAL DATE AND |
| vs. ) | PRETRIAL MOTION DEADLINE |
| IRENE IGNACIO QUIDACHAY, ) | |
| Defendant. ) | |

IT IS HEREBY APPROVED AND SO ORDERED that the February 9, 2006 trial date be continued to February 23, 2006 at 9:00 a.m., and the pretrial motion deadline be extended to January 26, 2006.

DATED: Hagatna, Guam, January 13, 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**