JOHN T. GORMAN
Federal Public Defender

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
IRENE IGNACIO QUIDACHAY

FILED
DISTRICT COURT OF GUAM
FEB -1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MG 05-00059 |
| | ) | |
| Plaintiff, | ) | MOTION TO SCHEDULE CHANGE OF |
| | ) | PLEA HEARING AND VACATE TRIAL |
| vs. | ) | DATE; CERTIFICATE OF SERVICE |
| | ) | |
| IRENE IGNACIO QUIDACHAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the defendant, IRENE IGNACIO QUIDACHAY, through counsel, Alexander A. Modaber, Assistant Federal Public Defender, and moves this Honorable Court to schedule the defendant's change of plea from not guilty to guilty for Friday, February 3, 2006, at 11:00 a.m., and to vacate the trial date currently scheduled for February 23, 2006. There is no written plea agreement in this case, however the defendant will plead guilty to Count II and the

ORIGINAL

government will dismiss Count I.

DATED: Mongmong, Guam, June 6, 2005.

_____
ALEXANDER A. MODABER
Attorney for Defendant
IRENE IGNACIO QUIDACHAY

2

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on February 1, 2006:

JOSEPH TOCK
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, February 1, 2006.

_____
RENATE DOEHL
Operations Administrator