JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96927
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
IRENE IGNACIO QUIDACHAY

FILED
DISTRICT COURT OF GUAM

FEB -2 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00059 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| IRENE IGNACIO QUIDACHAY, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that a change of plea hearing in the above-captioned case be scheduled for February 3, 2006, at 11:00 a.m.

DATED: Hagatna, Guam, February 2, 2006.

_____
JOAQUIN V.E MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**