IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**


FILED
DISTRICT COURT OF GUAM
FEB -3 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MJ-05-00059**  **DATE: 02/03/2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: J. Hattori
Court Reporter: Wanda Miles    Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 11:06:46 - 11:22:15**    CSO: J. Lizama / F. Tenorio

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: IRENE IGNACIO QUIDACHAY**    **ATTY: ALEX MODABER**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK    AGENT:

U.S. PROBATION: JUDY OCAMPO    U.S. MARSHAL: V. ROMAN / C. MARQUEZ

**PROCEEDINGS:  CHANGE OF PLEA**

( X ) DEFENDANT SWORN AND EXAMINED: AGE: __35__    HIGH SCHOOL COMPLETED: __6 MONTHS COLLEGE__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( X ) DEFENSE SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: __COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) NO WRITTEN PLEA AGREEMENT FILED    PLEA: ( X ) *ACCEPTED*  ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __MAY 23, 2006__ at __10:00 A.M.__    ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT DUE: __MARCH 29, 2006__    DUE TO COURT: __MAY 1, 2006__

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

**The Court noted for the record that on December 13, 2005, defendant waived trial before a U.S. District Judge. Defendant entered her plea of guilty without a written plea agreement.**