JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
IRENE IGNACIO QUIDACHAY

FILED
DISTRICT COURT OF GUAM
MAR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MG 05-00059 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY |
| | ) | CONDITIONS OF RELEASE |
| vs. | ) | |
| | ) | |
| IRENE IGNACIO QUIDACHAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION TO MODIFY CONDITIONS OF RELEASE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the defendant's conditions of release be modified to allow her to travel to the Philippines from March 11, 2006 to March 25, 2006. All other conditions will remain in effect.

On December 13, 2006, the defendant made her initial appearance to the charges of Driving under the Influence of Alcohol. She was released under conditions of release. On February

3, 2006, the defendant entered her guilty plea to Driving under the Influence of Alcohol. Sentencing is set in this matter for May 23, 2006.

The defendant requests to be allowed to accompany her live-in boyfriend of 7 years to the Philippines, where he will undergo a medical procedure at St. Luke hospital in Manila to remove an 11cm kidney stone. U.S. Probation officer Carmen O'Mallan is in agreement with this request to modify the release conditions.

The parties request this court grant this stipulation and modify the defendant's conditions of release and to allow her to travel to the Philippines to accompany her boyfriend for his medical procedure from March 11, 2006 to March 25, 2006.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, March 3, 2006.

_____
ALEXANDER A. MODABER
Attorney for Defendant
IRENE IGNACIO QUIDACHAY

_____
JOSEPH TOCK
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
CARMEN O'MALLAN
U.S. Probation Officer Specialist

2