JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
IRENE IGNACIO QUIDACHAY

FILED
DISTRICT COURT OF GUAM
MAR -8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00059 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | re STIPULATION TO PERMIT |
| | ) | OFF-ISLAND TRAVEL |
| IRENE IGNACIO QUIDACHAY, | ) | |
| Defendant. | ) | |

Pursuant to the parties' March 6, 2006 stipulation, the Defendant is hereby authorized to travel to the Philippines between March 11, 2006, through March 25, 2006. All other conditions of release previously imposed shall remain in full force and effect.

DATED: Hagatna, Guam, March _8_, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL