FILED
DISTRICT COURT OF GUAM
MAR 23 2006
MARY L.M. MORAN
CLERK OF COURT

irenequidachypsr

LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00059 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| IRENE IGNACIO QUIDACHAY, | ) |
| Defendant. | ) |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 23rd day of March 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ STEVE CHIAPPETTA
Special Assistant U.S. Attorney