# ORIGINAL

**FILED**

DISTRICT COURT OF GUAM

APR 2 0 2006

**MARY L.M. MORAN
CLERK OF COURT**

JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
IRENE I. QUIDACHAY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MG 05-00059 |
| | ) | |
| Plaintiff, | ) | RESPONSE TO DRAFT PRESENTENCE |
| | ) | REPORT |
| vs. | ) | |
| | ) | |
| IRENE I. QUIDACHAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, IRENE I. QUIDACHAY, by and through counsel, Alexander A. Modaber,

Assistant Federal Public Defender, respectfully objects to the draft presentence report.

Paragraph 33: Both injuries did not occur at work. One injury occurred at work and

the other injury occurred outside of work.

Paragraph 41: The defendant dropped out of High School because she supported her

ex-husband and ex-mother-in-law. She did not drop out of school because she lost interest.

Paragraph 45: She presently works for Samurai Japanese restaurant in the Fiesta Hotel since April 3, 2006.

Paragraph 49: Her Jewelry is valued at $1,000 not $13,000.

DATED: Mongmong, Guam, April 20, 2006.

ALEXANDER A. MODABER
Attorney for Defendant
IRENE I. QUIDACHAY

2

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing

document was duly mailed and/or hand-delivered to the following on April 20, 2006:

STEVE CHIAPPETTA
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

MARIA CRUZ
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, April 20, 2006.

RENATE DOEHL
Operations Administrator

ALEXANDER A. MODABER
Attorney for Defendant
IRENE I. QUIDACHAY