```
                    DISTRICT COURT OF GUAM
                      TERRITORY OF GUAM
                       CRIMINAL MINUTES
                          SENTENCING
```



**FILED**
DISTRICT COURT OF GUAM
MAY 2 3 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MJ-05-00059**                    **DATE: May 23, 2006**

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge          Law Clerk: J. HATTORI
Court Reporter: Wanda Miles                                   Courtroom Deputy: Leilani Toves Hernandez
Electronically Recorded - RUN TIME: 10:09:18 - 10:27:19       CSO: D. Quinata

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT:  IRENE IGNACIO QUIDACHAY**               **ATTY:   JIM MCHUGH**
( X ) PRESENT   ( ) CUSTODY   ( ) BOND   ( X ) P.R.       ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: JUSTIN OLIVER**                 **AGENT:**

**U.S. PROBATION: MARIA CRUZ**                   **U.S. MARSHAL:** None Present

**INTERPRETER:** _____                **LANGUAGE:** _____

***

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
   Base offense level:            Total offense level:            Criminal History Category:

   **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

(X) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT
<u>Defendant has expressed remorse for her actions and taken responsibility. Requested a sentence at the low end of the guidelines.</u>

(X) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

(X) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION: <u>Sentence at the low end of the guidelines.</u>

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

**NOTES/OTHER MATTERS:**

(X)  DEFENDANT SHALL SERVE A TERM OF PROBATION FOR A TERM OF  TWO YEARS (WITH CREDIT FOR TIME SERVED).

THE TERM OF PROBATION WILL INCLUDE THE FOLLOWING CONDITIONS:

1. AS A CONDITION OF PROBATION, THE DEFENDANT SHALL SERVE 48 HOURS CONFINEMENT, TO COMMENCE ON THE SAME DATE AND TIME THAT LOCAL OFFENDERS FROM THE SUPERIOR COURT OF GUAM SERVE THEIR TERM FOR THE SAME TYPE OF OFFENSE.

2. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, OR LOCAL CRIME.

3. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF PROBATION AS SET FORTH BY U.S. SENTENCING COMMISSION.

4. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

5. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES. DEFENDANT SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS FROM TODAY AND UP TO EIGHT DRUG TESTS PER MONTH UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

6. DEFENDANT SHALL REFRAIN FROM THE USE OF ALL ALCOHOLIC BEVERAGES FOR THE TWO YEAR DURATION OF PROBATION.

7. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER SHE HAS REVERTED TO THE USE OF ALCOHOL. DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR THE PROGRAM AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

8. DEFENDANT SHALL PERFORM 100 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

9. DEFENDANT'S ABILITY TO DRIVE WITHIN THE VICINITY OF ANDERSEN AIR FORCE BASE IS SUSPENDED FOR A PERIOD OF SIX MONTHS WITH OCCUPATIONAL DRIVING PRIVILEGES ONLY.

DEFENDANT WAS ORDERED TO PAY A FINE OF $1,000.00 AND A SPECIAL ASSESSMENT FEE OF $25.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

COURT STATED THE JUSTIFICATION OF THE SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HER APPEAL RIGHTS.

Courtroom Deputy: _____