irenequidachaydism

LEONARDO M. RAPADAS
United States Attorney
JUSTIN OLIVER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

MAY 30 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00059 |
| Plaintiff, | ) |
| vs. | ) **MOTION TO DISMISS** |
| | ) **COUNT 1 OF** |
| IRENE QUIDACHAY, | ) **INFORMATION** |
| Defendant. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that count I of the information in the above cause against defendant, IRENE QUIDACHAY, be dismissed, without prejudice, for the reason that the defendant has plead guilty to count II of the Information and sentenced on May 23, 2006.

Respectfully submitted this 26th day of May 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JUSTIN OLIVER
Special Assistant U.S. Attorney