LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY 31 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IRENE QUIDACHAY,<br><br>Defendant. | ) MAGISTRATE CASE NO. 05-00059<br>)<br>)<br>) **ORDER DISMISSING**<br>) **COUNT I OF THE**<br>) **INFORMATION**<br>)<br>)<br>)<br>) |

IT IS SO ORDERED that Count I of the information in the above case is dismissed without prejudice.

DATED this 31st day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

ORIGINAL