
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAGISTRATE CASE NO. 05-00059-001 |
| Plaintiff, | ) | |
| vs. | ) | **TRAVEL REQUEST INFORMATION** |
| IRENE IGNACIO QUIDACHAY | ) | |
| Defendant. | ) | |

On May 23, 2006, Irene Ignacio Quidachay was sentenced by the Honorable Joaquin V. E. Manibusan, Jr., for Driving Under the Influence of Alcohol, in violation of 16 GCA 180102(a) and 18 U.S.C. §§ 7(3) and 13. She was sentenced to a two year term of probation. The conditions of her probation include that she serve 48 hours confinement; that she comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; refrain from the use of all alcoholic beverages; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of alcohol, and make co-payments at a rate to be determined by the U.S. Probation Office; perform 100 hours of community service; refrain from driving within the confines or limits of Anderson Air Force Base for a period of six months with occupational driving privileges only; pay a fine of $1,000; and pay a special assessment fee of $25.

Ms. Quidachay is requesting the Court's permission to accompany her significant other, Roger Nicholas, to Manila, Republic of the Philippines, for medical treatment at St. Luke's Hospital. Ms. Quidachay is scheduled to depart Guam on July 30, 2006 and return on August 30, 2006.

Request to Travel
Re: QUIDACHAY, Irene Ignacio
USDC MJ Cs. No. 05-00059-001
July 19, 2006
Page 2

To date, Ms. Quidachay is been in compliance with the conditions of her term of probation. She paid the $25 special assessment fee on June 7, 2006. Ms. Quidachay, however, has not been able to perform community service or pay any part of her fine as she provides care of Mr. Nicholas, who requires significant assistance. This Officer supports the travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
ROBERT I. CARREON
U. S. Probation Officer

Reviewed by:

_____
CHRISTOPHER J. DUENAS
Acting Chief U.S. Probation Officer

cc: File