| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM **PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE U.S. PROBATION OFFICE 2nd Floor U.S. Courthouse 520 West Soledad Ave. Hagatna, Guam 96910 (671) 473-9201 |
|---|---|---|

**Irene Ignacio Quidachay**
USDC Cr. Cs. No. 05-00059-001
SSN: XXX-XX-1828
DOB: XX-XX-1979
HT: 5'3"  WT: 140 lbs.



DATE    July 19, 2006

YOU ARE AUTHORIZED TO TRAVEL TO    Manila, Republic of the Philippines

LEAVING    July 30, 2006    AND RETURNING    August 30, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Accompany Roger Nicholas for medical treatment.**

**FILED
DISTRICT COURT OF GUAM
JUL 20 2006
MARY L.M. MORAN
CLERK OF COURT**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your probation conditions while in the Republic of the Philippines.

2. Report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.

3. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION

**RECEIVED
JUL 19 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM**

NAME _____
ADDRESS _____

ROBERT I. CARREON
U.S. Probation Officer

☒ APPROVED    ☐ DISAPPROVED

HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
Date: July 20, 2006

**ORIGINAL**

Case 1:05-mj-00059    Document 27    Filed 07/20/2006    Page 1 of 1