
FILED
DISTRICT COURT OF GUAM
JUN 12 2007
MARY L.M. MORAN
CLERK OF COURT

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **June 19, 2006**, as instrument number **738331**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant: Irene Ignacio Quidachay         Residence: Dededo, GU 96929
    SSN: XXX-XX-1828
    DOB: XX-XX-1970

Court Imposing Judgment: U.S. District Court of Guam

Court Number: MJ-05-00059

Amount of Judgment: $1,000.00

Place of filing: Guam

WITNESS my hand at Hagåtña, Guam, on this, the 12th day of June, 2007.

MARIVIC P. DAVID
Assistant U.S. Attorney